```
                        UNITED STATES BANKRUPTCY COURT
                         EASTERN DISTRICT OF MISSOURI
                               EASTERN DIVISION


IN RE:                           )     CASE NO: 07-40365-399
                                 )
DIANE R PAVIA                    )
                                 )     CHAPTER 13
                                 )
                                 )
            DEBTOR(S)             )


                  LIST OF UNCLAIMED FUNDS AND ENTITIES
                      WHICH ARE ENTITLED TO PAYMENT
```

COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):

```
BANK OF AMERICA NA
PO BOX 53160                          $              43.12

PHOENIX AZ
251335              85072-3160


                               /s/ John V. LaBarge, Jr.
                               -----------------------------------
DATE: June 30, 2011            JOHN V. LABARGE, JR.,
                               CHAPTER 13 TRUSTEE
                               P.O. Box 430908
                               St. Louis, MO 63143
XC -091                        (314) 781-8100   trust33@ch13stl.com
```